# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA K. HORN a/k/a** | : | CIVIL ACTION |
| **MELISSA LESTER** | : | |
| *Plaintiff* | : | NO. 17-238 |
| | : | |
| v. | : | |
| | : | |
| **MINNESOTA LIFE INSURANCE** | : | |
| **COMPANY,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 23rd day of April 2019, upon consideration of the *motion for summary judgment* filed by Defendants Minnesota Life Insurance Company, Securian Financial Network, Inc., Affinion Benefit Group, LLC, and Doug Smith ("Defendants"), [ECF 61], the response in opposition filed by Plaintiff Melissa K. Horn ("Plaintiff"), [ECF 65], and Defendants' reply, [ECF 68], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendants and against Plaintiff on all of Plaintiff's claims.

The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*